**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PENOVIA LLC V. ACER AMERICA CORPORATION | 2:14-cv-00161-JRG |
| PENOVIA LLC V. ALIPH INC | 2:14-cv-00162-JRG |
| PENOVIA LLC V. ALPINE ELECTRONICS OF AMERICA INC | 2:14-cv-00163-JRG |
| PENOVIA LLC V. APPLE INC | 2:14-cv-00165-JRG |
| PENOVIA LLC V. ARCHOS INC | 2:14-cv-00166-JRG |
| PENOVIA LLC V. BLACKBERRY CORPORATION | 2:14-cv-00168-JRG |
| PENOVIA LLC V. BLUEANT WIRELESS INC | 2:14-cv-00169-JRG |
| PENOVIA LLC V. BOSE CORPORATION | 2:14-cv-00170-JRG |
| PENOVIA LLC V. CASIO COMPUTER CO LTD | 2:14-cv-00171-JRG |
| PENOVIA LLC V. CREATIVE LABS INC | 2:14-cv-00172-JRG |
| PENOVIA LLC V. FUJITSU AMERICA INC | 2:14-cv-00173-JRG |
| PENOVIA LLC V. GRIFFIN TECHNOLOGY INC | 2:14-cv-00175-JRG |
| PENOVIA LLC V. HEWLETT-PACKARD COMPANY | 2:14-cv-00176-JRG |
| PENOVIA LLC V. HTC AMERICA INC | 2:14-cv-00177-JRG |
| PENOVIA LLC V. KYOCERA COMMUNICATIONS INC. | 2:14-cv-00179-JRG |
| PENOVIA LLC V. LENOVO (UNITED STATES) INC | 2:14-cv-00180-JRG |
| PENOVIA LLC V. LG ELECTRONICS U.S.A. INC. | 2:14-cv-00181-JRG |
| PENOVIA LLC V. LOGITECH INC. | 2:14-cv-00224-JRG |
| PENOVIA LLC V. MITSUBISHI CORPORATION | 2:14-cv-00290-JRG |
| PENOVIA LLC V. MOTION COMPUTING INC | 2:14-cv-00225-JRG |
| PENOVIA LLC V. MOTOROLA MOBILITY LLC | 2:14-cv-00226-JRG |
| PENOVIA LLC V. MOTOROLA SOLUTIONS INC | 2:14-cv-00227-JRG |
| PENOVIA LLC V. NOKIA CORPORATION D/B/A NOKIA INC | 2:14-cv-00228-JRG |
| PENOVIA LLC V. PANASONIC CORPORATION OF NORTH AMERICA | 2:14-cv-00229-JRG |
| PENOVIA LLC V. PANTECH WIRELESS INC | 2:14-cv-00230-JRG |
| PENOVIA LLC V. PLANTRONICS INC | 2:14-cv-00233-JRG |
| PENOVIA LLC V. SDI TECHNOLOGIES INC D/B/A IHOME | 2:14-cv-00178-JRG |
| PENOVIA LLC V. SHARP ELECTRONICS CORPORATION | 2:14-cv-00236-JRG |
| PENOVIA LLC V. SONY ELECTRONICS INC | 2:14-cv-00237-JRG |
| PENOVIA LLC V. VIEWSONIC CORPORATION | 2:14-cv-00238-JRG |
| PENOVIA LLC V. VIZIO INC | 2:14-cv-00239-JRG |
| PENOVIA LLC V. VOXX INTERNATIONAL CORPORATION D/B/A AUDIOVOX | 2:14-cv-00167-JRG |
| PENOVIA LLC V. VXI CORPORATION | 2:14-cv-00240-JRG |

| PENOVIA LLC V. YAMAHA CORPORATION OF AMERICA | 2:14-cv-00241-JRG |
| --- | --- |
| PENOVIA LLC V. ZTE (USA) INC. | 2:14-cv-00242-JRG |

## ORDER

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues (except venue) with the LEAD CASE, Cause No. 2:14-cv-161. All parties are instructed to file any future filings (except relating to venue) in the LEAD CASE. Individual cases remain active for venue determinations and trial. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case.

If a docket control order, protective order, discovery order, and/or appointment of mediator has been entered in the lead case at the time new member cases are added to the consolidated action, all parties are directed to meet and confer in order to determine whether amendments to such documents are necessary. Any proposed amendments to the docket control order, protective order, discovery order, or appointment of a mediator shall be filed within two weeks of this Order.

The local rules' page limitations for *Markman* briefs and other motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket that may also be appropriate for consolidation with this case.

The Clerk is instructed to add the consolidated defendants into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead

consolidated action. Counsel who has appeared *pro hac vice* in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear *pro hac vice* in the Lead Case.

**So ORDERED and SIGNED this 29th day of May, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE